**1172-14**

CCA # 13-13-00427-CR

OFFENSE: Murder

STYLE: ERIC CHRISTOPHER GONZALEZ A/K/A ERIC CHRISTOBAL GONZALEZ v. THE STATE OF TEXAS

COUNTY: Cameron

TRIAL COURT: 107th District Court
TRIAL COURT #: 11-CR-1305-A
TRIAL COURT JUDGE: Hon. Benjamin Euresti Jr.
DISPOSITION: Affirmed

DATE: _____

JUSTICE: _____ PC ___ S ___

PUBLISH: _____      DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: August 14, 2014
JUDGE: Nora L. Longoria

CLK RECORD: _____X_____
RPT RECORD: _____X_____
STATE BR: _____X_____
APP BR: _____X_____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **1172-14**

_APPELLANT'S_ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_REFUSED_
DATE: _January 28, 2015_
JUDGE: _Per Curiam. ALCALA, J. would grant_

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

_PRO SE_ MOTION FOR REHEARING IN
CCA IS: _denied_ ON _Mar 4, 2015_
JUDGE: _PC_

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

3/4/2015                                              COA No. 13-13-00427-CR
GONZALEZ, ERIC CHRISTOPHER A/K/A ERIC CHRISTOBAL GONZALEZ    Tr.
Ct. No. 11-CR-1305-A        PD-1172-14

Pursuant to Rule 69.4(a) T.R.A.P., the record is returned to the court of appeals.
                                                    Abel Acosta, Clerk

13TH COURT OF APPEALS  CLERK
DORIAN RAMIREZ
901 LEOPARD
CORPUS CHRISTI, TX  78401
* DELIVERED VIA E-MAIL *